

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Edward Jermaine Bell, Appellant<br><br>No. 06-23-00157-CR      v.<br><br>The State of Texas, Appellee | Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2016-C-0040). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and the bill of costs by deleting the $15.00 "DC Time Payment Reimbursement Fee," which reduces the costs to a total of $645.00 in both the judgment and the bill of costs. We also delete the $1,000.00 fine from both the judgment and the bill of costs. Finally, we modify the bill of costs by deleting the following: "If total court costs, reimbursement fees, and fines are not paid within 30 days of the Judgment, an additional Time Payment Fee of $15.00 will be assessed pursuant to the applicable statutes and related case law. (CCP § 102.030)." As modified, we affirm the judgment of the trial court.

We note that the appellant, Edward Jermaine Bell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 16, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk